No. 90–515.   LOCKHEED SHIPBUILDING CO. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL., 498 U. S. 1073.   Motion of respondent Wilborn K. Stevens for attorney's fees and costs denied

---

*For the Court's order amending Rule 39 of the Rules of this Court, see *ante*, p. 13.

without prejudice to refiling in the United States Court of Appeals for the Ninth Circuit.